# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2687
LT Case No. 2006-033792-CFAES

_____

MICHAEL EUGENE PAINTER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam Jr., Assistant Attorney General, Daytona Beach, for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____